A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

United States Securities and Exchange Commission,  )
        Plaintiff(s)  )  **APPEARANCE**
)
)
        vs.  )  CASE NUMBER    01:06CV008882
Morgan Stanley & Co. Incorporated,  )
)
        Defendant(s)  )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Griffith L. Green__ as counsel in this
                        (Attorney's Name)

case for: __Morgan Stanley & Co. Incorporated__
            (Name of party or parties)

05-11-2006
Date

*[Signature]*
Signature

DC Bar No. 456442
BAR IDENTIFICATION

Griffith L. Green
Print Name

Sidley Austin LLP, 1501 K Street, NW
Address

Washington, DC  20005
City    State    Zip Code

202-736-8126
Phone Number

## CERTIFICATE OF SERVICE

I, David S. Petron, hereby certify that I caused a copy of the foregoing to be served by First Class U.S. Mail, postage prepaid, on counsel for Plaintiff:

Arthur S. Lowry
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-4030

on this 11th day of May, 2006.

_____
David S. Petron