UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>       v.<br><br>MORGAN STANLEY & CO. INCORPORATED,<br><br>       Defendant. | Case No. 01:06-cv-00882-RCL |

**UNOPPOSED MOTION OF MORGAN STANLEY
TO MODIFY THE FINAL JUDGMENT TO EXTEND DUE DATE FOR
INDEPENDENT CONSULTANT'S WRITTEN REPORT BY SIXTY DAYS**

Morgan Stanley & Co., Incorporated ("Morgan Stanley"), through its attorneys, moves this Court for an Order modifying paragraph VII of the Final Judgment in this matter dated May 12, 2006 to extend the due date for the Independent Consultant's report by 60 days. Plaintiff United States Securities and Exchange Commission ("SEC") does not oppose the relief sought by this motion.

    1.    On May 10, 2006, the SEC filed a Complaint against Morgan Stanley alleging violations of Section 17(b) of the Securities Exchange Act of 1934 ('the Exchange Act") and related rules together with a proposed Final Judgment and Morgan Stanley's Consent, in which Morgan Stanley, without admitting or denying the allegations of the SEC's Complaint, consented to the entry of that proposed Final Judgment.

    2.    On May 12, 2006, the Court entered the Final Judgment in this case. As set out in more detail in Paragraph VII of the Final Judgment, the Final Judgment required, among other things, that Morgan Stanley retain an Independent Consultant to conduct a review of the

implementation and effectiveness of Morgan Stanley's policies, procedures and training regarding compliance with Section 17(b) of the Exchange Act and to prepare a written report ("the Report") setting forth her findings.  Under the terms of Paragraph VII, the due date for the Independent Consultant's report was 630 days after the entry of the Final Judgment.

      3.     In order to permit the Independent Consultant to prepare a complete and thorough Report, Morgan Stanley requests that the Final Judgment be modified to extend the due date for the Report of Independent Consultant by 60 days, with all other terms and provisions of the Final Judgment to remain in full force and effect.

      4.     Undersigned counsel has consulted with counsel for the SEC, Arthur S. Lowry and Ann Rosenfield, who stated that the SEC does not oppose the relief sought by this motion.

      5.     This motion is made in the interests of justice and not for the purpose of improper delay.

      6.     A Proposed Order is attached hereto.

WHEREFORE, Morgan Stanley, through its attorneys, respectfully requests that this Court modify paragraph VII of the Final Judgment dated May 12, 2006 to provide that the Report of the Independent Consultant shall be submitted not later than 690 days after the entry of the Final Judgment.

Respectfully submitted,

/s/ Griffith L. Green
Paul V. Gerlach (DC Bar No. 366777)
Griffith L. Green (DC Bar No. 456442)
SIDLEY AUSTIN, L.L.P.
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: 202-736-8582
Facsimile: 202-736-8711

*Attorneys for Defendant*
*Morgan Stanley & Co., Incorporated*

Dated: January 11, 2008

**CERTIFICATE OF SERVICE**

    I, Griffith L. Green, hereby certify that a copy of the foregoing Unopposed Motion of Morgan Stanley to Modify the Final Judgment To Extend The Due Date For The Independent Consultant's Written Report By Sixty Days was served electronically upon the following in accordance with Rule 5, Federal Rules of Civil Procedure and Rule 5.4(d), Local Civil Rule, on this 11th day of January, 2008:

        Arthur S. Lowry (lowrya@sec.gov)
        Ann Rosenfield (rosenfielda@sec.gov)
        U.S. Securities and Exchange Commission
        100 F Street, N.E.
        Washington, D.C.  20549

                                    /s/ Griffith L. Green
                                        Griffith L. Green

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

       Plaintiff,

       v.

MORGAN STANLEY & CO.
INCORPORATED,

       Defendant.

Case No. 01:06-cv-00882-RCL

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
TO MODIFY THE FINAL JUDGMENT TO EXTEND DUE DATE
FOR INDEPENDENT CONSULTANT'S WRITTEN REPORT BY SIXTY DAYS**

Upon consideration of the unopposed Motion of Morgan Stanley & Co., Incorporated to Modify the Final Judgment To Extend The Due Date For The Independent Consultant's Written Report By Sixty Days, and it appearing to this Court that the Motion should be granted, it is hereby:

ORDERED that the Motion is Granted;

IT IS FURTHER ORDERED that Paragraph VII of the Final Judgment in this matter dated May 12, 2006 (Doc. No. 4), is hereby modified to extend the due date of the written report of the Independent Consultant by sixty days, such that it shall be submitted as provided for in paragraph VII of the Final Judgment not later than 690 days after the entry of the Final Judgment;

AND IT IS FURTHER ORDERED that all other terms and provisions of the Final Judgment in this case are not affected by this Order and remain in full force and effect.

Dated: _____, 2008

_____
UNITED STATES DISTRICT JUDGE