UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>MORGAN STANLEY & CO. INCORPORATED,<br><br>      Defendant. | Case No. 01:06-cv-00882-RCL |

**ORDER GRANTING UNOPPOSED MOTION
TO MODIFY THE FINAL JUDGMENT TO EXTEND DUE DATE
FOR INDEPENDENT CONSULTANT'S WRITTEN REPORT BY SIXTY DAYS**

Upon consideration of the unopposed Motion of Morgan Stanley & Co., Incorporated to Modify the Final Judgment To Extend The Due Date For The Independent Consultant's Written Report By Sixty Days, and it appearing to this Court that the Motion should be granted, it is hereby:

ORDERED that the Motion is Granted;

IT IS FURTHER ORDERED that Paragraph VII of the Final Judgment in this matter dated May 12, 2006 (Doc. No. 4), is hereby modified to extend the due date of the written report of the Independent Consultant by sixty days, such that it shall be submitted as provided for in paragraph VII of the Final Judgment not later than 690 days after the entry of the Final Judgment;

AND IT IS FURTHER ORDERED that all other terms and provisions of the Final Judgment in this case are not affected by this Order and remain in full force and effect.

Dated: January 11, 2008

_____/s/_____
U.S. District Judge Royce C. Lamberth